

United States Department of State

Washington, D.C. 20520

August 23, 2022

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: *Sarri Anne Singer, et al. v. Islamic Republic of Iran*, 1:21-cv-02639

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the Government of the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1065-IE, dated July 7, 2022, and delivered on July 11, 2022. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

Cc:  Aaron Schlanger
     OSEN LLC
     190 More St., Suite 272
     Hackensack, NJ 07601

RECEIVED
Mail Room

AUG 30 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland      )
n, Canton of Bern                ) SS:
bassy of the United States of America  )

Hayward M. Alto, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 27753 dated June 21, 2022, which was transmitted to the Swiss Ministry of Foreign Affairs on June 22, 2022, for further transmission to American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)

_____Hayward M. ALTO_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 22, 2022
(Date)



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.



_____
(Signature of Consular Officer)

Hayward M. ALTO
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 22, 2022
(Date)